# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:17-cv-00030-O-BP |
| § | |
| **JOSEPH CHARLES BOYLE and** § | |
| **SANDRA KAY BAKER,** § | |
| § | |
| Defendants. § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States' Motion for Confirmation of Sale (ECF No. 11), with Appendix in Support (ECF No. 12), both filed on May 31, 2017; and the United States' Certificate of Conference and of no Opposition to Motion for Confirmation of Sale (ECF No. 14), filed on June 2, 2017.

In light of the United States' Certificate of Conference (ECF No. 14), the Court finds that the Motion for Confirmation of Sale (ECF No. 11) is unopposed. Because the Motion is unopposed and because the United States' has demonstrated good cause, the undersigned RECOMMENDS that United States District Judge Reed O'Connor GRANT the United States' Motion for Confirmation of Sale (ECF No. 11).

A copy of this findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this findings, conclusions, and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions,

and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).

Signed on June 5, 2017.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE