IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00030-O |
| | § | |
| **JOSPEH CHARLES BOYLE and** | § | |
| **SANDRA KAY BAKER,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Findings, Conclusions, and Recommendation ("FCR"), ECF No. 15. No objections were filed, and the Magistrate Judge's recommendation is now ripe for review. The Court reviewed the FCR for plain error. Finding none, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and are hereby accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the United States' Motion for Confirmation of Sale (ECF No. 11) is **GRANTED**. Accordingly, it is **ORDERED** that the sale of the real property commonly known as 512 North Bois D'Arc Street, Holliday, Texas 76366, and legally described as:

> All of lot Thirteen (13) & Fourteen (14), in Block No. Fifty-Three (53), ORIGINAL TOWN OF HOLLIDAY, Archer County, Texas, according to the plat thereof of record in the Deed Records of Archer County, Texas

to Dustin Burns and Ashley Holt for the sum of $75,000.00 is hereby confirmed. Upon the total payment within 45 days of this order, Mike Personius, the Receiver, is authorized and directed to

issue a Receiver's Deed for that property to Dustin Burns and Ashley Holt in the form attached as ECF No. 11-2. The proceeds of the sale shall be distributed pursuant to a future order of this Court.

**SO ORDERED** on this **19th day** of **June, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**