IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00030-O |
| | § | |
| JOSEPH CHARLES BOYLE and | § | |
| SANDRA KAY BAKER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 19). No objections were filed, and the Magistrate Judge's recommendation is now ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the United States' Motion to Apply Proceeds of Sale (ECF No. 17) is **GRANTED**. The proceeds from the sale of the real property at 512 North Bois D'Arc Street, Holliday, Texas 76366 are to be applied first to the payment of closing costs, local real and personal property taxes and fees, and the Receiver's commission and expenses, as set forth in the Final Closing Statement. The remainder of the proceeds are to be paid to the Clerk of the Court and applied to the unpaid restitution debt of Joseph Charles Boyle in the related case of *United States v. Joseph Charles Boyle*, No. 7:15-CR-00019-O (N.D. Tex.).

**SO ORDERED** on this **10th day** of **July, 2017.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE